UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT FRANKFORT

BRIAN KEITH SMITH, |
    Plaintiff, | Civil Action No. 09-CV-28-KKC
v. |
LADONNA THOMPSON, | **JUDGMENT**
    Defendant. |

\*\*\*\*\*   \*\*\*\*\*   \*\*\*\*\*   \*\*\*\*\*

Consistent with the Memorandum Opinion and Order entered today, pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** and **ADJUDGED** that:

    1.    The Complaint filed under 42 U.S.C. § 1983 by Plaintiff Brian Keith Smith against Defendant LADONNA THOMPSON [R. 2] is **DISMISSED WITHOUT PREJUDICE** and Judgment is **ENTERED** in favor of the Defendant.

Signed on   July 2, 2009

JENNIFER B. COFFMAN, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY